UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOSHUA KESTENBAUM,

          Defendant.

- - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 20 2006 ★
BROOKLYN OFFICE

O R D E R

04-0841 (NG)

821

IT IS HEREBY ORDERED that the above-captioned case is hereby unsealed.

Dated: Brooklyn, New York
       March 17, 2006

                                      s/Nina Gershon
                                      THE HONORABLE NINA GERSHON
                                      UNITED STATES DISTRICT JUDGE