

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*1 Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address*: 147 Pierrepont Street
*Brooklyn, New York 11201*

December 7, 2006

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:  United States v. Joshua Kestenbaum
           <u>Criminal Docket No. CR-04-0821 (NG)</u>

Dear Judge Gershon:

      The government respectfully submits this letter on behalf of both parties to request an adjournment of the sentencing in this case until February 21, 2007, at 12:00 p.m. The reason for the request is that the parties need additional time to resolve forfeiture issues in advance of sentencing. Accordingly, the parties request that the Court adjourn the sentencing in this matter for approximately one month.

                                Respectfully submitted,

                                ROSLYNN R. MAUSKOPF
                              UNITED STATES ATTORNEY

                      By:  _____
                              Scott B. Klugman
                              Assistant U.S. Attorney
                              (718) 254-6461

cc:  Alan Lewis, Esq. (by facsimile (212) 732-3232)
     Amy B. Preston (U.S. Probation)
     Clerk of the Court (NG)