DATE: June 12, 2008

BEFORE: GERSHON, U.S.D.J             TIME: 10:00 AM

## CRIMINAL CAUSE FOR SENTENCING

04-cr-00821-NG-1

**DEFT NAME:** Joshua Kestenbaum
☒ present   ☐ not present   custody   ☒ bail

**DEFENSE COUNSEL:** Alan Lewis
☒ present   ☐ not present   Appointed   ☒ Retained   ☐ Federal Defender

**A.U.S.A.:** Scott B. Klugman   USPO: __

☒ CASE CALLED.  ☐ SENTENCING ADJ'D TO _____.
☒ SENTENCING HELD.   ☐ STATEMENTS OF DEFT AND COUNSEL HEARD
☐ COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.
☐ DEFT SENTENCED ON COUNT ONE AS FOLLOWS:

_____ Imprisonment   _____ Supervised Release   5 years Probation

$100 Special Assessment   0- Fine   $11,159,447.00 Restitution

☐ EXECUTION OF SENTENCE IS STAYED TO _____.
☐ REMAINING OPEN COUNTS ARE DISMISSED ON
☐ GOVT'S MOTION   ☐ COURT'S MOTION
☒ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ☐ I.F.P. GRANTED.
☐ DEFT REMANDED.
☐ DEFT ON BAIL PENDING APPEAL.

Case called. All parties present. Defendant sentenced to 5 years probation. A special assessment imposed. Restitution in the amount of $11,159,447 was order.

*95 minutes.*