

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:BP
F. 2008A70852/01

*271 Cadman Plaza East*
*Brooklyn, New York 11201*
*Telephone (718) 254-6264*
*Facsimile (718) 254-8702*

March 10, 2011

Via ECF (without exhibits) and
Hand Delivery

Honorable Nina Gershon
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   United States v. Joshua Kestenbaum
             Criminal Docket No. CR-04-0821 (EDNY)

Dear Judge Gershon:

      Enclosed is a courtesy copy of the Notice of Material Change in Defendant Kestenbaum's Economic Circumstances and United States' Request for Modification of Restitution Payment Schedule, which was electronically filed today in the above-referenced case. Also enclosed is a courtesy copy of a compact disk containing the United States' exhibits cited in its memorandum in PDF format. The "Original" compact disk of exhibits will be submitted to the Clerk's Office for filing.

                                         Respectfully submitted,

                                         LORETTA E. LYNCH
                                         United States Attorney

                          By:   *s/Bonni J. Perlin*
                                         BONNI PERLIN
                                         Assistant U.S. Attorney
                                         (718) 254-6264

Enclosures, as stated.

cc:  (Copies of exhibits, with the exception of documents previously filed in this case under seal, or otherwise protected from disclosure by law, will be made available upon request.)

  Alan S. Lewis, Esquire
  Carter Ledyard & Milburn LLP
  2 Wall Street
  New York, NY 10005

  Bruce Sabados, Esquire
  Katten Muchin Rosenman LLP
  Attorneys for Capital Factors
  575 Madison Avenue
  New York, NY 10022-2585

  Scott Klugman, Assistant U.S. Attorney

  Eileen Kelly, Chief U.S. Probation Officer
  U.S. Probation Office, E.D.N.Y.
  147 Pierrepont Street
  Brooklyn, New York 11201

  U.S. Probation Office
  Southern District of New York
  233 Broadway 14th Floor
  New York, NY 10007-1312
  Attention: Christopher Tolbert, U.S.P.O.