UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

    United States of America

           -vs-

    Joshua Kestenbaum

------------------------------------------------X

ORDER
CR 04-821 (NG)

GERSHON, U.S.D.J.

    The preliminary hearing on the violation of supervised release scheduled for March 14, 2012 at 4:30 p.m. is adjourned without a date. The court hereby refers the charges in the February 28, 2012 violation report to Magistrate Judge Levy.

    So Ordered.

    /electronic signature/ NG
    _____
    Nina Gershon, U.S.D.J.

Dated: March 12, 2012
       Brooklyn, New York

cc: James McGovern, AUSA
    Carrie H. Borona, USPO
    Alan S. Levis, Esq.