**U.S. Department of Justice**



United States Attorney
Eastern District of New York

JM:JGM
F. #2006R000073

United States Attorney's Office
271 Cadman Plaza East
Brooklyn, New York 11201

March 22, 2012

<u>VIA ECF</u>
The Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Joshua Kestenbaum
      <u>Criminal Docket No. 04-CR-821 (NG)(RML)</u>

Dear Judge Levy:

In compliance with the Court's scheduling order for the above-referenced defendant's Violation of Probation hearing, the government respectfully writes to advise the Court and counsel that it intends to adopt the motion and reply papers filed in the government's motion to increase the defendant's restitution obligations. Of course, the government reserves the right to supplement those filings as needed to establish the defendant's violation of probation.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____
James G. McGovern
Assistant United States Attorney
(718) 254-6293
James.G.McGovern@usdoj.gov