# CRIMINAL CAUSE FOR PLEADING

**BEFORE: MAGISTRATE JUDGE LEVY**     DATE: 5/16/12

04 CR 821 (NG)      United States v. Kestenbaum

DEFENDANT: Joshua Kestenbaum
  ✓ present ___ not present ___ cust. ✓ bail

DEFENSE COUNSEL: Alan Lewis
  ___ present ___ not present ___ CJA ___ RET ___ FD

AUSA: Ilene Jaroslaw     CLERK: Alexa Rosenbloom

INTERPRETER: (N/A) N/A

RECORDING START AND END TIME: 11:29 — 11:49

✓ CASE CALLED     ___ DEFT'S FIRST APPEARANCE
DEFT: ✓ SWORN  ___ ARRAIGNED  ✓ INFORMED OF RIGHTS

___ WAIVER OF INDICTMENT FILED
___ INFORMATION FILED
___ DEFTs ENTER GUILTY PLEA TO COUNT(S)_____
    OF THE (SUPERSEDING) INDICTMENT/INFORMATION
✓ DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO ~~CHARGE~~ VIOLATION OF
✓ ~~COUNT(S)~~ 3 OF THE ~~(SUPERSEDING) INDICTMENT/INFORMATION~~ PROBATION REPORT dated Feb 28, 2012
✓ COURT FINDS FACTUAL BASIS FOR THE PLEA
___ SENTENCING SET FOR_____ AT_____ BEFORE J._____
✓ SENTENCING TO BE SET BY ~~PROBATION~~ THE COURT.
___ BAIL: ___ SET  ___ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY
___ CASE ADJOURNED TO_____ AT_____
✓ (~~SEALED~~) TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.