CRIMINAL CAUSE FOR VIOLATION OF PROBATION
June 3, 2012
NINA GERSHON, U.S.D.J

04-cr-00821-NG-1

DEFT NAME: **Joshua Kestenbaum**
☒ present ☐ not present ☒ custody ☐ bail

DEFENSE COUNSEL: **Alan Lewis**
☒ present ☐ not present ☐ Appointed ☒ Retained ☐ Federal Defender

A.U.S.A.: **Ilene Jaroslaw and Bonni Perlin** USPO: **Carrie Borona** Special Agent: **Jeffrey Fig**

C.R: **Charisse Kitt.**

☒ Case called.
☒ Defendant appear with Counsel.
☐ Counsel Present without Defendant
☐ Revocation Hearing Adjourned to _____
☒ Revocation Hearing Held.
☒ Hearing Continued to
☐ Defendant Advised of Rights and Enters a Plea of
    ☐ Guilty ☐ Not Guilty to Charges of Violation.
☐ Court COURT FINDS DEFT ☐ GUILTY ☐ NOT GUILTY.
☐ Judgment Revoking Terms & Conditions of Probation/ Supervised Release
☐ Sentencing Set For: _____
☐ Sentencing Held.
☐ Defendant Remanded to the Custody of the U.S. Marshal Service.

Minutes: Case called. All parties present. Hearing held. Defendant's application to adjourn violation hearing denied. Hearing scheduled to begin Monday, July 9, 2012 at 10:00 a.m.