# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

Alan S. Lewis
Partner

Direct Dial: 212-238-8647
E-mail: lewis@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

July 12, 2012

**VIA ECF & REGULAR MAIL**

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: *United States v. Joshua Kestenbaum*
04 CR 821 (NG)

Dear Judge Gershon:

    I write to ask that I be permitted until the end of business on Monday to submit the counter-designations of Mr. Kestenbaum's deposition transcript that will become a part of the hearing record. Yesterday, I advised the Court of my expectation to review the transcript and make designations today. At the time, I neglected to focus on the pre-existing commitments I have today in connection with other matters. Specifically, I am appearing before Judge Levy in another criminal case (*United States v. Finazzo/Dey*) and today is also my deadline to submit an answer/counterclaims in a civil case. I also have meetings with the clients in each of those matters today, in connection with the court appearance and pleading filing. I may or may not be able to finish the designations tomorrow – I had planned a short day tomorrow because I will be travelling in the afternoon to visit my daughter at sleep away camp.

Respectfully submitted,

Alan S. Lewis

ASL:bp

7049788.1